**97–380. State v. Mease.**
Franklin App. No. 95APA05–614. Reported at 78 Ohio St.3d 1490, 678 N.E.2d 1228. On motion for reconsideration. Motion denied.

**97–431. State ex rel. McIntosh v. Osnaburg Local School Dist.**
Stark App. No. 95CA0357. Reported at 78 Ohio St.3d 1491, 678 N.E.2d 1228. On motion for reconsideration. Motion denied.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.

**97–771. State ex rel. Wheeling–Pittsburgh Steel Corp. v. Bruzzese.**
In Mandamus and Prohibition. Reported at 78 Ohio St.3d 1470, 678 N.E.2d 579. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

## MISCELLANEOUS DISMISSALS

**95–2621. Ohio Tel. Assn. v. Pub. Util. Comm.**
Public Utilities Commission, No. 94–1695–TP–ACE. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1168. State ex rel. Rhodes v. Ohio Bd. of Tax Appeals.**
In Mandamus and Procedendo. This cause originated in this court on the filing of a complaint for writs of mandamus and procedendo. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–1282. Goist v. Seventh Dist. Court.**
In Procedendo. This cause originated with the filing of a complaint for a writ of procedendo filed by relator on June 24, 1997. Relator did not support his complaint with an affidavit specifying the details of the claim as required by S.Ct.Prac.R. X(4)(B). Accordingly,

IT IS ORDERED by the court, *sua sponte*, that relator's complaint be, and hereby is, stricken, and this cause be, and hereby is, dismissed.